360 A.2d 679
COMMONWEALTH, Appellant,
v.
HELLER

Argued December 15, 1975.  Stewart J. Greenleaf, Assistant District Attorney, with him Milton O. Moss, District Attorney, for Commonwealth, appellant;  Henry T. Crocker, with him, Reynier, Crocker, Allebach & Reber, for appellee.

Order affirmed.